United States District Court
Southern District of Texas
**ENTERED**
October 08, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION**

| | | |
|---|---|---|
| **IRVING JAHAZIEL VALENCIA-CHAVEZ,** | § | |
| **Petitioner,** | § | |
| | § | |
| **V.** | § | **CIVIL ACTION NO. 5:26-CV-01446** |
| | § | |
| **TODD BLANCHE, *et al.*,** | § | |
| **Respondents.** | § | |

# ORDER

Before the Court is Respondents' Motion to Dismiss as Moot, (Dkt. No. 9), in which they advise that Petitioner has been granted voluntary departure. Respondents further advise that Petitioner and the Department of Homeland Security have waived their right to appeal the Immigration Judge's decision to grant voluntary departure. (Dkt. No. 9-1).

The Court **ORDERS** the parties to file an advisory **within the 48 hours following Petitioner's voluntary departure** notifying the Court that Petitioner has departed the United States.

It is so **ORDERED**.

**SIGNED** on October 8, 2026.

John A. Kazen
United States District Judge